[No. 10932–4–I.   Division One.   April 25, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. JANETTE
MAY BOGDEN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81–1–01769–6, Herbert M. Stephens, J.,
entered November 4, 1981. *Affirmed* by unpublished opin-
ion per Swanson, J., concurred in by Andersen, C.J., and
Callow, J.

[No. 10886–7–I.   Division One.   April 25, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD
C. MATHIS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81–1–01335–6, David C. Hunter, J., entered
September 15, 1981. *Affirmed* by unpublished opinion per
Durham, A.C.J., concurred in by Williams and Ringold, JJ.

[No. 11034–9–I.   Division One.   April 25, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. LYNN
FRANCIS BURT, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81–1–01681–9, Robert M. Elston, J., entered
October 27, 1981. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Andersen, C.J., and Corbett,
J.